**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLORADO**

| | |
|---|---|
| In re: ) | |
| ) | Case No. 19-10409-TBM |
| MARQUITA CHARNEY BRISTER, ) | |
| ) | Chapter 13 |
| Debtor. ) | |

___

**VERIFIED MOTION FOR CONTINUATION OF THE AUTOMATIC STAY**
**PURSUANT TO 11 U.S.C. § 362(c)(3)(B)**
___

COMES NOW, the Debtor, Marquita Charney Brister ("Debtor"), by and through counsel, Michael J. Watton and the Watton Law Group, who hereby requests this Court enter an Order, pursuant to 11 U.S.C. § 362(c)(3)(B), continuing the automatic stay provided under 11 U.S.C. § 362(a) as to all creditors. In support of this motion, Debtor states as follows:

1. Debtor filed a prior petition under Chapter 13 of the code on March 24, 2017 under case number 17-12508-TBM in the District of Colorado. The Court dismissed Debtor's case on December 26, 2018 for failure to make plan payments.

2. Debtor filed this second petition under Chapter 13 of the code on January 21, 2019 under case number 19-10409-TBM.

3. Debtor had only one previous bankruptcy case active within the year before filing this case, and the presumption that this case was not filed in good faith per 11 U.S.C. § 362(c)(3)(C) does not apply.

4. There has had a substantial change in financial circumstances since the dismissal of the previous case. During the previous case, Ms. Brister was laid off from her job. After the layoff, she incurred unforeseen medical expenses. Her home was also burglarized, and the related repairs and replacements were only partially covered by insurance. The decrease in income and unforeseen expenses caused her to default on both her plan and post-petition mortgage payments. Ms. Brister has recently returned to work at two separate part-time jobs and is now also receiving supplemental income from unemployment. She has also completed a number of interviews for full-time employment in her career field and continues to seek additional work. She can now once again afford to make timely monthly payments as required to successfully complete this Chapter 13 case.

5. Debtor refiled this case in good faith, proposes a confirmable plan, and will successfully reach discharge.

WHEREFORE, Debtor prays that this Court enter an Order Continuing the Automatic Stay to All Creditors.

Dated: January 21, 2019               Respectfully submitted,

                                      WATTON LAW GROUP

                                      /s/ Michael J. Watton
                                      Michael J. Watton, Esq., No. 46893
                                      301 West Wisconsin Avenue, 5th Floor
                                      Milwaukee, WI 53203
                                      Telephone: (720) 590-4600
                                      Fax: (303) 295-0242
                                      E-mail: wlgdnvr@wattongroup.com

## VERIFICATION OF MARQUITA CHARNEY BRISTER

I, Marquita Charney Brister, state that I have read the foregoing Verified Motion for Continuation of the Automatic Stay Pursuant to 11 U.S.C. § 362(c)(3)(B) and that the statements contained therein are true and correct to the best of my knowledge and belief.

Dated: January 21, 2019                          /s/ Marquita C. Brister
                                                 Movant / Debtor